IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02045-MSK-KMT

HEATHER BOURNE,

       Plaintiff,

v.

EXEMPLA, INC., d/b/a Exempla Lutheran Medical Center,

       Defendant.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

---

THIS MATTER comes before the Court on the Unopposed Motion to Dismiss Without Prejudice (Motion) **(#9)** filed August 31, 2011.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and the within action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(2).  The Clerk is directed to close this case.

DATED this 31st day of August, 2011.

**BY THE COURT:**

_Marcia S. Krieger_

       Marcia S. Krieger
       United States District Judge